No. 71–1633. LARSEN *v.* AIR CALIFORNIA. C. A. 9th Cir. Motion to proceed as a veteran granted. Certiorari denied.

No. 71–1654. McKINNEY *v.* CITY OF BIRMINGHAM. Ct. Crim. App. Ala. Certiorari denied, it appearing that the judgment below rests upon an adequate state ground.

No. 71–1701. WHITE *v.* CENTRAL CHARGE SERVICE, INC. Ct. App. D. C. Motion for leave to proceed on typewritten papers granted. Certiorari denied.

No. 71–6305. RETTIG *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL would grant certiorari and reverse judgment. *Turner* v. *Louisiana,* 379 U. S. 466 (1965), and *Gonzales* v. *Beto,* 405 U. S. 1052 (1972). MR. JUSTICE BLACKMUN would grant certiorari, vacate judgment, and remand case. *Turner* v. *Louisiana, supra,* and *Gonzales* v. *Beto, supra.*

No. 71–6415. CHERRY *v.* HENDERSON, WARDEN. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 71–6451. HARRIS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 71–6467. THOMAS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 71–6767. WASHINGTON *v.* JACOBS, HOSPITAL SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.